UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AARON FISHER,  )
          Plaintiff,  )
      )  No. 1:23-cv-1173
-v-  )
      )  Honorable Paul L. Maloney
CITY OF LANSING,  )
          Defendant.  )
      )

## JUDGMENT

The Court has resolved all claims in this lawsuit.  Therefore, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   April 29, 2025                         /s/  Paul L. Maloney
                                                          Paul L. Maloney
                                                          United States District Judge